IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  5:16-cr-00386 |
| | ) | |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID CURRIE, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on February 1, 2022, for hearing on the Government's request for revocation of Defendant David Currie's supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on November 10, 2021, at which defendant was advised of the following violations contained in the Violation Report ("Report"): Violation Nos. 1, Unauthorized Use of Drugs and No. 2. Failure to Submit Any Monthly Supervision Reports. The Magistrate Judge issued a Report and Recommendation on November 10, 2021.

The Courts adopts the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg and finds Defendant in violation of Violation Nos. 1 and 2. Defendant's supervision to continue with the same conditions as previously imposed with the following added condition.

IT IS SO ORDERED.

                                                  s/ Christopher A. Boyko
                                                  CHRISTOPHER A. BOYKO
                                                  SENIOR UNITED STATES DISTRICT JUDGE

DATED: February 1, 2022